UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN JOHN CRAIG,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>FOXWORTHY, et al.,<br><br>　　　　Respondents. | No.  2:21-cv-1261-JAM-EFB P<br><br><br>ORDER |

　　　　Petitioner is a county jail inmate without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  However, he has neither filed an application for leave to proceed in forma pauperis nor paid the required filing fee ($5.00).  *See* 28 U.S.C. §§ 1914(a); 1915(a).  Petitioner will be provided the opportunity to either submit a request to proceed in forma pauperis or submit the appropriate filing fee.[1]

　　　　In accordance with the above, IT IS ORDERED that:

1. Petitioner shall submit, within thirty days from the date of this order, a request to proceed in forma pauperis or the appropriate filing fee; petitioner's failure to comply with this order may result in this action being dismissed; and

---

[1] The court notes that petitioner has filed a motion to compel jail officials to submit the filing fee to the court.  ECF No. 5.  That motion is denied without prejudice.  If petitioner is unable to comply with this order, he must submit to the court a copy of his request along with any responses received from jail officials.

2. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

3. Petitioner's motion to compel (ECF No. 5) is denied without prejudice.

Dated: January 4, 2022.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE