1

2

3

4

5

6

7

8 UNITED STATES DISTRICT COURT

9 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 NORMAN JOHN CRAIG,                          No.  2:21-cv-1261-JAM-EFB P

12          Petitioner,

13     v.                                      FINDINGS AND RECOMMENDATIONS

14 FOXWORTHY, et al.,

15          Respondents.

16

17          Petitioner commenced this action while confined to a county jail as a pretrial detainee.[1]

18 ECF No. 1 at 2.  He proceeds without counsel and seeks a writ of habeas corpus pursuant to 28

19 U.S.C. § 2254.

20          On January 4, 2022, the court found that petitioner had failed to file an in forma pauperis

21 application or pay the filing fee ($5.00) required by 28 U.S.C. §§ 1914(a) & 1915(a).  ECF No. 7.

22 Accordingly, the court ordered petitioner to file a completed in forma pauperis application or pay

23 the filing fee within 30 days.  That order warned petitioner that failure to do so may result in this

24 action being dismissed.

25 /////

26 /////

27

28          _____

          [1] Petitioner was later transferred to Napa State Hospital.

1

1      The 30-day period has expired and petitioner has not filed a completed in forma pauperis

2    affidavit, paid the filing fee or otherwise responded to the court's order.

3      Accordingly, it is RECOMMENDED that this action be dismissed.

4      These findings and recommendations are submitted to the United States District Judge

5    assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

6    after being served with these findings and recommendations, any party may file written

7    objections with the court and serve a copy on all parties.  Such a document should be captioned

8    "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections

9    shall be served and filed within fourteen days after service of the objections.  Failure to file

10    objections within the specified time may waive the right to appeal the District Court's order.

11    *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir.

12    1991).  In his objections petitioner may address whether a certificate of appealability should issue

13    in the event he files an appeal of the judgment in this case.  *See* Rule 11, Rules Governing Section

14    2254 Cases (the district court must issue or deny a certificate of appealability when it enters a

15    final order adverse to the applicant).

16    Dated:  February 9, 2022.

17

18                   EDMUND F. BRENNAN

19                   UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24

25

26

27

28